# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159153-4(59)

VIRGINIA PARK SUBDIVISION
ASSOCIATION,
              Plaintiff-Appellee,
and

CAROL D. HAIR, SEAN JACQUES, TALIA
SAFARO, ROK IVEZAJ, MARIA IVEZAJ,
LUIGI DEDA, AFERDITA DEDA,
CHRISTOPHER D. YEZBICK, KIMBERLY I.
YEZBICK, GEORGE IVEZAJ, JAMIE IVEZAJ,
DAREN L. REED, JOYCE A. PILLSBURY,
DAVID J. LUCCHETTI, MARK MATKOVICH,
MARILYN E. MILLS, RUSSELL A.
McCLELLAND, KARINE McCLELLAND,
GREGORY C. COLEY, NAOMI COLEY,
JOSHUA P. CRESWELL, GAIL CRESWELL,
MICHAEL W. MAURER, EDWARD H.
GILBERT, and FLORIN C. MOLDOVAN,
              Plaintiffs/Counterdefendants-
              Appellees,

v

PASCAL BROWN and MEGA MANAGEMENT
GROUP,
              Defendants,
and

JOANNE BROWN also known as JOANNE
GAINES, KATIE STILL, and BLAIR STILL,
              Defendants/Counterplaintiffs-
              Appellants,
and

JULIAN C. URSING and KIMBERLY D.
URSING,
              Defendants/Counterplaintiffs.
_____

SC: 159153
COA: 339762
Oakland CC: 2017-157802-CH

VIRGINIA PARK SUBDIVISION
ASSOCIATION,

          Plaintiff-Appellee,

and

CAROL D. HAIR, SEAN JACQUES, TALIA
SAFARO, ROK IVEZAJ, MARIA IVEZAJ,
LUIGI DEDA, AFERDITA DEDA,
CHRISTOPHER D. YEZBICK, KIMBERLY I.
YEZBICK, GEORGE IVEZAJ, JAMIE IVEZAJ,
DAREN L. REED, JOYCE A. PILLSBURY,
DAVID J. LUCCHETTI, MARK MATKOVICH,
MARILYN E. MILLS, RUSSELL A.
McCLELLAND, KARINE McCLELLAND,
GREGORY C. COLEY, NAOMI COLEY,
JOSHUA P. CRESWELL, GAIL CRESWELL,
MICHAEL W. MAURER, EDWARD H.
GILBERT, and FLORIN C. MOLDOVAN,

          Plaintiffs/Counterdefendants-
          Appellees,

v

PASCAL BROWN and MEGA MANAGEMENT
GROUP,

          Defendants,

and

JOANNE BROWN also known as JOANNE
GAINES, KATIE STILL, and BLAIR STILL,

          Defendants/Counterplaintiffs,

and

JULIAN C. URSING and KIMBERLY D.
URSING,

          Defendants/Counterplaintiffs-
          Appellants.

SC: 159154
COA: 339808
Oakland CC: 2017-157802-CH

_____/

On order of the Chief Justice, the motion of the Michigan Lake & Stream Associations, Inc., to file a brief amicus curiae in support of the application for leave to appeal is GRANTED.  The amicus brief submitted on April 12, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2019



Clerk